JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUTHU YURICK,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 15-01391-KES<br><br>**J U D G M E N T** |

    For the reasons stated in the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner denying benefits is AFFIRMED.

Dated: June 20, 2016

*Karen E. Scott*
_____
KAREN E. SCOTT
United States Magistrate Judge